**Order entered June 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00982-CV

### JOHN H. GEORGE, Appellant

### V.

### MARIA GUADALUPE GEORGE, Appellee

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-11713**

## ORDER

Before the Court is appellant's June 20, 2019 motion to extend time to file appellant's brief. We **GRANT** appellant's motion. Appellant's motion shall be filed by **July 20, 2019**.

/s/     KEN MOLBERG
         JUSTICE